# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. LATISHA LAK | **CASE NUMBER:** 3:25-mj-71491 MAG CR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Kevin Barry | **Date Submitted:** 12/17/2026 |

**Comments:**

This is a Rule 5 Notice for a Defendant charged in the Eastern District of Arkansas, Case Number 4:22-CR-00071-17 KGB.

The Case is Not Under Seal.

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF