CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6840
     FAX: (415) 436-7234
     Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 25-MJ-71491 MAG |
| Plaintiff, | ) |
| | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS |
| | ) AD PROSEQUENDUM |
| LATISHA LAK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO:    The Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of

California

     Assistant United States Attorney Kevin J. Barry respectfully requests that the Court issue a Writ

of Habeas Corpus Ad Prosequendum for the person of prisoner LATISHA LAK, whose place of custody

or jailor are set forth in the requested Writ, attached hereto.

     The prisoner, LATISHA LAK, is required to appear as a defendant in the above-entitled matter

in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays

that the Court issue the Writ as presented.

1  Dated: December 19, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
Kevin J. Barry
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 25-MJ-71491 MAG

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6840
  FAX: (415) 436-7234
  Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>LATISHA LAK,<br><br>   Defendant. | CASE NO. 25-MJ-71491 MAG<br><br>[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

  Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant LATISHA LAK, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: _____      _____
                   HON. THOMAS S. HIXSON
                   United States Magistrate Judge

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    **JAY BIEBER, Acting United States Marshal for the Northern District of California and Alameda County Sheriff YESENIA L. SANCHEZ** and / or any of his or her authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of LATISHA LAK, who is in the custody of the **Santa Rita Jail** before the Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, San Francisco, California, 94102 on Monday, December 22, 2025, at 11:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release LATISHA LAK from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____            CLERK, UNITED STATES DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA

                              By:    _____
                                     DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO.  25-mj-71491 MAG